**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-23091-JB/Torres**

CARLOS BRITO,

Plaintiff,

v.

CAO INVESTMENT IV, LLC,

Defendant.
_______________________________/

**ORDER REQUIRING STIPULATION OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement. ECF No. [21]. Upon due consideration of the Joint Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **twenty (20) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 17th day of January, 2025.

_______________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**